**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MONTEA JAMES JACKSON,

    Petitioner,

vs.                                    Case No.:     3:16-cv-798-J-32MCR
                                                                                   3:05-cr-292-J-32MCR

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER**

This case is before the Court on Petitioner Montea James Jackson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (Civ. Doc. 1).[1] Petitioner challenges his 15-year mandatory minimum sentence, which the Court imposed pursuant to 18 U.S.C. § 924(e), a part of the Armed Career Criminal Act (ACCA). Petitioner argues that he is entitled to relief from his sentence under Johnson v. United States, 135 S. Ct. 2551 (2015), which held that the "residual clause" of the ACCA is unconstitutionally vague, and Welch v. United States, 136 S. Ct. 1257 (2016), which held that Johnson applies retroactively on collateral review.

Because Petitioner previously moved to vacate his sentence under 28 U.S.C. § 2255 (see Case No. 3:11-cv-171, Doc. 1), and because the Court denied the first motion

---

[1] Citations to the record in the underlying criminal case, United States of America vs. Montea James Jackson, Case No. 3:05-cr-292-J-32MCR, will be denoted as "Crim. Doc. __." Citations to the record in the civil case, Case No. 3:16-cv-798-J-32MCR, will be denoted as "Civ. Doc. __."

1

to vacate on the merits (Case No. 3:11-cv-171-J-32JRK, Doc. 10), Petitioner was required to apply to the Eleventh Circuit Court of Appeals for permission to file a second or successive motion to vacate. (See Civ. Doc. 2); see also 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). On July 20, 2016, the Eleventh Circuit Court of Appeals denied Petitioner's application. (Civ. Doc. 8; Civ. Doc. 8-1).

Under 28 U.S.C. § 2255, "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals...." 28 U.S.C. § 2255(h). "Without authorization, the district court lacks jurisdiction to consider a second or successive petition." United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005) (citing Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003)). Because the Eleventh Circuit denied Petitioner's application to file a second or successive motion to vacate, the Court lacks jurisdiction over the current § 2255 motion.

Accordingly, it is hereby

**ORDERED:**

1. Petitioner Montea James Jackson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Civ. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of July, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

Lc 19

Copies:

Counsel of record
Conrad Kahn, Assistant Federal Public Defender
Petitioner